NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENCORE WIRE CORPORATION,**
*Appellant,*

v.

**SOUTHWIRE COMPANY, LLC,**
*Cross-Appellant.*

---

2015-1249, -1250

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,573.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Southwire Company, LLC's unopposed motion to modify the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption and the revised short caption are reflected above.

2  Encore Wire Corporation v. Southwire Company, LLC

  For the Court

  /s/ Daniel E. O'Toole
  Daniel E. O'Toole
  Clerk of Court

s25